■ In the Matter of the Claim of BRIAN O. JONES, Appellant. COMMISSIONER OF LABOR, Respondent. [3 NYS3d 639]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 2, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.